# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

EVERETT FLETCHER,  Case No.   3:12-cv-321

   Plaintiff,  Judge Timothy S. Black

   -vs-

COMMISSIONER OF
SOCIAL SECURITY,

   Defendant.

_____

## JUDGMENT IN A CIVIL CASE
_____

[ ]   **Jury Verdict:** This action came before the Court for a trial by jury.  The issues have been tried and the Jury has rendered its verdict.

[X]   **Decision by Court:** This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered,

**IT IS ORDERED AND ADJUDGED** that the ALJ's Non-Disability Finding is found to be **NOT SUPPORTED BY SUBSTANTIAL EVIDENCE**, and is **REVERSED**, and the case is **REMANDED** to the ALJ for an immediate award of benefits; and this case is **CLOSED** from the docket of the Court.

Date: March 26, 2014  **JOHN P. HEHMAN, CLERK**

By: *s/ M. Rogers*
Deputy Clerk